IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NORM TREMBLAY,              ) | |
|                             ) | |
|     Plaintiff    ) | |
|                             ) | |
| v.                          ) | **Case No.: 1:14-cv-00246** |
|                             ) | |
| INTEGRITY SOLUTION SERVICES, INC., ) | Notice of Settlement |
|                             ) | |
|     Defendant    ) | |

### NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: September 10, 2014         BY: */s/ Angela K. Troccoli*
                                  Angela K. Troccoli, Esquire
                                  Bar ID # 18539
                                  Kimmel & Silverman, P.C.
                                  The New England Office
                                  136 Main Street, Suite 301
                                  Danielson, CT 06239
                                  Phone: (860) 866-4380
                                  Email: atroccoli@creditlaw.com
                                  Attorney for the Plaintiff

## Certificate of Service

I hereby certify that on this 10th day of September, 2014, a true and correct copy of the foregoing pleading served via mail to the below:

> Justin M. Fabella Esq.
> Hinshaw & Culbertson, LLP
> 28 State Street, 24th Floor
> Boston, MA 02109
> jfabella@hinshawlaw.com

> /s/ Angela K. Troccoli
> Angela K. Troccoli, Esquire
> Bar ID # 18539
> Kimmel & Silverman, P.C.
> The New England Office
> 136 Main Street, Suite 301
> Danielson, CT 06239
> Phone: (860) 866-4380
> Email: atroccoli@creditlaw.com
> Attorney for the Plaintiff